No. D–1865.   IN RE DISBARMENT OF LEIBOWITZ.   Saul R. Leibowitz, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1866.   IN RE DISBARMENT OF HEINEMANN.   Loren Lennis Heinemann, of Orland Park, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–19.   ANDERSON v. HOPKINS, WARDEN;

No. M–20.   GONZALEZ ET AL. v. WING, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL.; and

No. M–21.   PEREZ v. BUREAU OF PRISONS ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 96–1037.   KIOWA TRIBE OF OKLAHOMA v. MANUFACTURING TECHNOLOGIES, INC.   Ct. Civ. App. Okla. . [Certiorari granted, 521 U. S. 1117.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–8653.   GRAY v. MARYLAND.   Ct. App. Md.   [Certiorari granted, 520 U. S. 1273.]   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1769.   OHIO ADULT PAROLE AUTHORITY ET AL. v. WOODARD.   C. A. 6th Cir.   [Certiorari granted, 521 U. S. 1117.]   Motion of respondent to substitute David H. Bodiker, Esq., as appointed counsel granted.

No. 97–5666.   TSCHANZ v. SWEETWATER COUNTY SCHOOL DISTRICT NUMBER ONE ET AL.   C. A. 10th Cir.; and

No. 97–5850.   JOHNSON v. OPPEL ET AL.   C. A. 8th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 10, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 97–6035.   IN RE CLARK.   Petition for writ of mandamus denied.